UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE DEWIGHT WEST,

    Plaintiff,

v.

CITY OF EASTPOINTE, *et al.*,

    Defendants.

Case No. 23-12757
Honorable Laurie J. Michelson

**ORDER ON DISCOVERY MOTIONS [30, 34, 40, 46] AND WEST'S MOTION TO AMEND HIS COMPLAINT [38]**

On October 30, 2024, *pro se* Plaintiff Andre West filed this action against Defendants, the City of Eastpointe and four City employees, alleging that his constitutional rights were violated when City employees shut down his business and failed to issue him a business license for noncompliance with municipal code. (ECF No. 1.) After a lengthy discovery period and pursuant to a stipulated order designed to finalize the discovery process, both parties filed discovery motions to address perceived deficiencies in the other party's responses. The motions were fully briefed and the Court conducted oral argument on February 4, 2025.

For the reasons stated more fully on the record during the hearing and in the Court's oral ruling, the Court ORDERS as follows:

- The Court GRANTS in part West's motion to compel (ECF No. 30) as follows: the City is to produce "any and all call logs and/or recording of calls that were made to Eastpointe police relating to wrongful activity

occurring at . . . 21901 Kelly [Road]" on the nights of September 8 and 9, 2023, or any other documents that support that calls were made on those days to complain about activity occurring on those premises. The Court DENIES the remainder of West's motion to compel.

- The Court GRANTS in part the City's motion to compel (ECF No. 34) and DENIES West's motion for a protective order and motion to quash (ECF No. 40) as follows:
  - West is to provide responses to Interrogatories Nos. 2–3. With respect to Interrogatory No. 1, West is to provide his publicly disclosed usernames and social media sites that he uses.
  - Regarding Interrogatory No. 6 and the City's Requests for Production Nos. 7–8, West is to produce information and signed authorizations for any psychiatric treatment he has received over the last five (5) years. Defense counsel should provide West with the needed authorization forms.
  - Because West is no longer seeking damages for wage loss, the relevant business and employment information being sought by the City has been narrowed. As for the City's Requests for Production Nos. 12 and 13, and considering the business information already produced, West is to produce all financial records pertaining to the operation of Amir JS Estates LLC and the business being conducted at 21901 Kelly Road, Eastpointe,

  MI 48021, from the inception of the LLC in May 2023 through the end of May 2024. In addition, West should produce any documentation he has in his possession regarding how the business at that address was being operated prior to his purchase of the property.

- West is to respond to the discovery requests (documents requests 20–21, 24–28, 30, 32 and interrogatories 11–15) seeking information to support the referenced factual allegations and causes of action alleged in the complaint or respond that he has no information or documents to provide.
- The Court DENIES the remainder of the City's motion to compel.

The City is to provide West with all documents produced from West's accountant pursuant to the third-party subpoena.

The Court DENIES the City's request for protective order that was part of one of its response briefs (*see* ECF No. 32, PageID.394–396).

The Court DENIES West's motion for leave to file an amended complaint (ECF No. 38).

The Court GRANTS West's motion to file a response brief exceeding page limitations (ECF No. 46).

All discovery ordered to be produced shall be provided no later than fourteen days from the date of this order plus an additional three days for the mailing of the order to West, i.e., February 24, 2025.

Defendants shall then have 30 days to depose West and the amended dispositive motion cut off is May 1, 2025.

SO ORDERED.

Dated: February 5, 2025

                                              s/Laurie J. Michelson

                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE